# Court of Appeals
# of the State of Georgia

ATLANTA,____March 13, 2015_____

*The Court of Appeals hereby passes the following order:*

**A14A1488. 887 MARIETTA STREET, LLC v. NATEGHI.**

After reviewing the record and the parties' briefs and considering this matter further, this Court has determined that the discretionary appeal in this case was improvidently granted. Accordingly, the appeal is dismissed.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____03/13/2015_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*